UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 24-MJ-04432 |
| | ) | |
| EFRAIN VINCENTE-LUNA | ) | JUDGE NEWBERN |

## GOVERNMENT'S MOTION TO SUBSTITUTE COUNSEL

The United States of America, by and through Robert E. McGuire, Acting United States Attorney and the undersigned, hereby moves this Court to substitute Assistant United States Attorney Ahmed A. Safeeullah in place of Assistant United States Attorney Brooke Schiferle as the attorney of record for the Government in this case.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney

By: *s/ Ahmed A. Safeeullah*
Ahmed A. Safeeullah
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed on February 25, 2025, with the Clerk via CM/ECF, and that a copy will be sent to defense counsel via CM/ECF.

*s/ Ahmed A. Safeeullah*
Ahmed A. Safeeullah
Assistant United States Attorney